IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-073-RLV-DCK

| | |
|---|---|
| DOGS-BY-ANDY K-9 SERVICES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| THE SHERWIN-WILLIAMS COMPANY, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Jason E. Taylor, concerning Mark P. Friedlander on July 1, 2015. Mr. Mark P. Friedlander seeks to appear as counsel *pro hac vice* for Plaintiff Dogs-By-Andy K-9 Services, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Mark P. Friedlander is hereby admitted *pro hac vice* to represent Plaintiff Dogs-By-Andy K-9 Services, LLC.

**SO ORDERED**.

Signed: July 1, 2015

David C. Keesler
United States Magistrate Judge