**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:15-CV-073-RLV-DCK**

| | |
|---|---|
| DOGS-BY-ANDY K9 SERVICES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE SHERWIN-WILLIAMS COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. Pursuant to the "Pretrial Order And Case Management Plan" (Document No. 6), the parties were to complete mediation by March 15, 2016; however, no report has been filed. The discovery and motions deadlines have also passed, and the case is currently set for the trial in September.

**IT IS, THEREFORE, ORDERED** that the parties shall file, jointly if possible, a **Status Report** on or before **June 30, 2016**. In the alternative, the parties may file a Stipulation of Dismissal on or before **June 30, 2016**.

**SO ORDERED**.

Signed: June 21, 2016

David C. Keesler
United States Magistrate Judge