IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-073-RLV-DCK

| | |
|---|---|
| DOGS-BY-ANDY K9 SERVICES, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| THE SHERWIN-WILLIAMS COMPANY, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Reconsideration Of Prior Motion To Substitute Exhibits 31 Copies" (Document No. 38) filed on October 6, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion For Reconsideration Of Prior Motion To Substitute Exhibit 31 Copies" (Document No. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** that copies of the Plaintiff's Payroll Journal attached to the Motion be substituted for the existing Exhibit 31.

**SO ORDERED**.

Signed: October 6, 2016

David C. Keesler
United States Magistrate Judge