IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-073-RLV-DCK

| | |
|---|---|
| DOGS-BY-ANDY K9 SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE SHERWIN-WILLIAMS COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice" (Document No. 40) notifying the Court that the parties reached a settlement on October 28, 2016. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **January 14, 2017**.

Signed: January 4, 2017

_____
David C. Keesler
United States Magistrate Judge